| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 15 2024<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KENNETH LAWSON,

    Plaintiff - Appellant,

 v.

UNIVERSITY OF HAWAII; et al.,

    Defendants - Appellees.

No. 24-3941

D.C. No. 1:24-cv-00172-LEK-RT

District of Hawaii, Honolulu

MANDATE

The judgment of this Court, entered September 23, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT